**FILED**

SEP 22 2016

Clerk, U.S. District and
Bankruptcy Courts

Case: 1:16-mj-00671
Assigned To : Magistrate Judge G. Michael Harvey
Assign. Date : 09/22/2016
Description: Arrest Warrant Removal



FILED
IN THIS OFFICE
APR 13 2016
Clerk U.S. District Court
Greensboro

PROB 12B
10/03

# UNITED STATES DISTRICT COURT
## for the
### Middle District of North Carolina

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing Is Attached)

| | | | |
|---|---|---|---|
| Name of Offender: | Herbert Dexter Hayes | Case Number: | 1:14CR00478-1 |

Name of Sentencing Judicial Officer:   The Honorable William L. Osteen, Jr.

Date of Original Sentence:   June 11, 2015

Original Offense:   Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2250.

Original Sentence:   21 months custody of the Bureau of Prisons followed by a 5 year term of supervised release.

Type of Supervision:   Supervised Release        Date Supervision Commenced: projected May 3, 2016
                                                  Date Supervision Expires: projected May 2, 2021

Assistant U.S. Attorney: Anand Prakash Ramaswamy         Defense Attorney: John A. Dusenbury, Jr.

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.
[X]   To modify the conditions of supervision as follows:

The defendant shall cooperatively participate in a program of the Residential Re-Entry Center (RRC) until discharged by the center director and/or probation officer, but no later than 6 months from admission.

### CAUSE

Mr. Hayes is scheduled for release from Bureau of Prisons (BOP) custody on May 3, 2016. The North Carolina Department of Corrections (NC DOC) has lodged a detainer against Mr. Hayes for a parole violation. Once released from the BOP, Mr. Hayes will be transferred into NC DOC custody. Upon release from NC DOC custody, Mr. Hayes will be required to serve his 5 year term of supervised release. Mr. Hayes will be considered homeless and will be without a residence or employment plan. Based on these circumstances, we are recommending that a special condition for RRC placement be added to assist in Mr. Hayes' reintegration into the community. Furthermore, this placement will provide him with room and board, and structure while seeking a suitable residence and employment plan. It is noted that Mr. Hayes has agreed to this recommendation as evidenced by his signature on the attached Waiver of Hearing Form.

**RE: Herbert Dexter Hayes**  2

Respectfully submitted,

Christopher M. Bersch
Senior U.S. Probation Officer

Approved by:

Michael R. Casey
Supervisory U.S. Probation Officer

April 1, 2016
Date

---

### THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

William L. Osteen, Jr.
Signature of Judicial Officer

4-13-2016
Date

PROB 49
03/01

# UNITED STATES DISTRICT COURT
для the
Middle District of North Carolina
Waiver of Hearing to Modify Conditions

## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

The defendant shall cooperatively participate in a program of the Residential Re-Entry Center (RRC) until discharged by the center director and/or probation officer, but no later than 6 months from admission.

Witness: Christopher M. Bersch
Senior U.S. Probation Officer

Jonathan Schmalensee
Case Manager, Terre Haute USP

Date: 3/24/16

Signed: Herbert Dexter Hayes
Probationer/Releasee